I respectfully dissent.
In order to recover punitive damages for misrepresentation, the fraud must be gross, malicious, or oppressive and the misstatement must be made with an intention to injure or deceive. Proctor Agency, Inc. v. Anderson, 358 So.2d 164 (Ala. 1978); Winn-Dixie Montgomery, Inc. v. Henderson, 371 So.2d 899
(Ala. 1979). I disagree that the facts of this case show that appellant intended to injure or deceive appellee or that *Page 31 
such action amounted to gross, malicious, or oppressive conduct. Accordingly, I would uphold the jury's award of compensatory damages in the amount of $10,000, but would reverse as to the award of $2,500 punitive damages.